AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

PARIS CARLYLE JOSEPH PETERSON,

    Plaintiff,

    v.

DEPUTY ROHAS, ODELLA JORDAN, DETECTIVE S. BAILEY, DETECTIVE R. HUBBARD and DETECTIVE R. TUCKER,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-177-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Complaint is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| January 9, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |